No. 1427, Misc. SILVER *v.* DICKSON ET AL. C. A. 9th Cir. Certiorari denied. 

No. 1438, Misc. BLACK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *William F. Walsh* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Leonard H. Dickstein* for the United States. 

No. 1442, Misc. MOWER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *J. B. Stoner* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States. 

No. 1449, Misc. REESE *v.* MEIER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 1482, Misc. HARRISON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1461, Misc. CAMAK *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *James J. Wood,* Assistant Attorney General, for respondent.

No. 1462, Misc. CRACHY *v.* KROPP, WARDEN. C. A. 6th Cir. Certiorari denied. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *James J. Wood,* Assistant Attorney General, for respondent.